UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 26 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10352 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CR-97-00095-01-DOC |
| v. | District of Guam, Agana |
| ROY TOVES CABACCANG, | ORDER |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of Samuel S. Teker, Esq., 130 Aspinall Avenue, Suite 2A, Hagatna, Guam 96910, (671) 477-9891, to be relieved as counsel for appellant is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Renee Martinez, Deputy Clerk, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910, (FAX: 671- 473-9152), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

05-10352

The certificate of record was filed on July 25, 2005. Accordingly, appellant's opening brief and excerpts of record are due December 5, 2005; the answering brief is due January 4, 2006; and the optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Ahan*
General Order 6.3(e)