
**FILED**
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**ROY TOVES CABACCANG,**<br><br>Defendant. | CRIMINAL CASE NO. **97-00095**<br>Court of Appeals No. 05-10352<br><br>**O R D E R** |

IT IS HEREBY ORDERED that **LOUIE J. YANZA** is appointed to represent defendant in the above-entitled case pursuant to the Order issued from the Ninth Circuit Court of Appeals, filed September 27, 2005.

Dated this 28th day of September, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL