UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 19 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10352, 05-10353, 05-10354 |
|---|---|
| Plaintiff - Appellee, | |
| v. | D.C. Nos. CR-97-00095-01-DOC |
| ROY TOVES CABACCANG; RICHARD T. CABACCANG; JAMES CABACCANG, | District of Guam, Agana |
| Defendants - Appellants. | ORDER |

**FILED**
DISTRICT COURT OF GUAM
JAN 20 2006
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

On November 21, 2005, this court directed the Office of the Clerk, District of Guam, to locate counsel for appellant Roy Toves Cabaccang in appeal no. 05-10352. On January 12, 2006, the Clerk's Office for the District of Guam notified this court that, due to numerous conflicts of counsel, the district court has been unable to locate counsel.

Accordingly, the Clerk shall serve a copy of this order by facsimile transmission on Dean R. Gits, Acting Federal Public Defender, 321 East Second Street, Los Angeles, California 90012-4206 (FAX: (213) 894-0081), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel. Appointed

counsel may contact Leilani R. Toves Hernandez, Deputy Clerk, District Court of Guam, Office of the Clerk, (671) 473-9137, if counsel requires assistance with obtaining the record in this appeal.

The certificate of record was filed on July 25, 2005. Accordingly, the following briefing schedule shall govern these consolidated appeals: the opening brief and excerpts of record are due February 20, 2006; the consolidated answering brief is due March 22, 2006; and the optional reply brief is due within 14 days after service of the answering brief. All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* Fed. R. App. P. 28(I); 9th Cir. R. 28-4.

The Clerk shall serve a copy of this order on Leilani R. Toves Hernandez, Deputy Clerk, District Court of Guam, Office of the Clerk, 4th Floor, United States District Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910.

*[signature]*
General Order 6.3(e)