
FILED
DISTRICT COURT OF GUAM
SEP 03 2008
JEANNE G. QUINATA
Clerk of Court

JAMES CABACCANG
# 09186-112
U.S.P. ATWATER
ATWATER, CA 95301

CLERK OF THE COURT
DISTRICT COURT OF GUAM
520 W. SOLEDAD AVENUE
HAGATNA, GUAM 96910

RE: U.S. v. CABACCANG, # D.C.-CR-97-00095-1-JSU
D.C.-CR-97-00095-2-JSS
D.C.-CR-97-00095-3-JSU.

DEAR CLERK:

Please find enclosed a motion for extension of time to file a petition pursuant to 28 U.S.C. §2255. Because of the impossibility of typing and making copies I enclosed only the original written motion. Please accept my most sincere apologies, but for reasons beyond my control I am unable to present the petition according to Court rules.

Thank you very much for your anticipated cooperation regarding this request.

Dated this 27th day of August, 2008

Respectfully Submitted
James Cabaccang